## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

VICTORINE TANGWA

Debtor

Chapter 13

Case No. 14-10563-RGM

## OBJECTION TO CONFIRMATION OF PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed March 12, 2014. The cause for this objection is as follows:

**Violation 11 U.S.C. §1325(b)(1)(B)** - Disposable Income - Debtor has not provided tax returns or wage statement.

**Violation of 11 U.S.C. §1325(a)(6) -** Feasibility -
-Debtor does not own the property for which she hopes to cure the mortgage arrearages based on debtor's creditors meeting, a foreclosure on the property has been conducted prior to the bankruptcy.
-Debtor has also failed to make first Plan payment.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court

**Notice of Objection To Confirmation**
Victorine Tangwa, Case # 14-10563-RGM

    will receive it on or before the date stated above.  You must mail a copy to the persons listed below.

*Attend the hearing to be held on April 23, 2014 at 9:30 a.m., in Courtroom 1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

    A copy of any written response must be mailed to the following persons:

        Thomas P. Gorman
        300 North Washington Street, Ste, 400
        Alexandria, VA 22314

        Clerk of the Court
        United States Bankruptcy Court
        200 South Washington Street
        Alexandria, VA 22314

    If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _March 24, 2014_____　　　　　　　__/s/Thomas P. Gorman _____
　　　　　　　　　　　　　　　　　　　　Thomas P. Gorman
　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　300 N. Washington Street, #400
　　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　　(703) 836-2226
　　　　　　　　　　　　　　　　　　　　VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 24th day of March, 2014, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

Victorine Tangwa
Chapter 13 Debtor
4024 Mammoth Cave Loop
Dumfries, VA 22025

　　　　　　　　　　　　　　　　　　　　__/s/ Thomas P. Gorman_____
　　　　　　　　　　　　　　　　　　　　Thomas P. Gorman